LAWYERS FOR CLEAN WATER, INC.
Layne Friedrich (Bar No. 195431)
  Email: layne@lawyersforcleanwater.com
Drevet Hunt (Bar No. 240487)
  Email: drev@lawyersforcleanwater.com
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155

*Attorneys for Plaintiff*
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit organization,<br><br>              Plaintiff,<br>    v.<br><br>PICK-N-PULL AUTO DISMANTLERS, *et al.*<br><br>              Defendants. | Civil Case No. 2:14-cv-01284-GEB (DAD)<br><br>**STIPULATED REQUEST FOR EXTENSION OF STATUS CONFERENCE AND ASSOCIATED DATES; [PROPOSED] ORDER**<br><br>Hon. Garland E. Burrell, Jr.<br><br>Status (Pretrial Scheduling) Conference:<br>September 15, 2014<br>Time: 9:00 a.m.<br>Courtroom: 10<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 *et seq.*)** |

1  **WHEREAS**, on March 24, 2014, California Sportfishing Protection Alliance ("CSPA" or
2  "Plaintiff") sent Pick and Pull Auto Dismantling, Inc., Schnitzer Steel Industries, Inc., Norprop, Inc.,
3  and Pick-N-Pull Auto Dismantlers (hereinafter collectively referred to as "Defendants") written notice
4  of CSPA's intent to file suit under the Clean Water Act 60 days before filing this action pursuant to 33
5  U.S.C. § 1365(b) ("Notice Letter");

6  **WHEREAS**, in response to CSPA's Notice Letter Defendants expressed an interest in settling
7  the case without litigation;

8  **WHEREAS**, on May 27, 2014, CSPA filed its Complaint, and the Court issued its Order Setting
9  Status (Pretrial Scheduling Conference), setting the scheduling conference for September 15, 2014 (Dkt.
10 No. 3);

11 **WHEREAS**, on June 19, 2014, CSPA filed a Notice of Related Case both in this action and in
12 *California Sportfishing Protection Alliance v. Pick-n-Pull Auto Dismantlers et al.*, Civil Case No. 2:14-
13 cv-01254-LKK (CKD), notifying the Court that the 2 actions are related under Civil Local Rule 123
14 (Dkt. No. 5);

15 **WHEREAS**, Plaintiff and Defendants have been and are engaged in good faith settlement
16 discussions, including conducting several settlement meetings and an inspection at Defendants' facility;

17 **WHEREAS**, on August 4, 2014, pursuant to the Court's Order Setting Status (Pretrial
18 Scheduling Conference) CSPA sent Defendants a Notice of Lawsuit and Request to Waive Service of
19 Summons ("Waiver Request") (*see* Dkt. Nos. 6-9), and Defendants' response to the Waiver Request is
20 due September 8, 2014;

21 **WHEREAS**, Defendants have not yet entered an appearance in this case, and by entering into
22 this stipulation, Defendants, or any one of them, do not waive any defense they may have in this case;

23 **WHEREAS**, the parties are continuing to work towards a settlement of this action and believe
24 that settlement of this case is possible;

25 **WHEREAS**, the parties request that the Court extend the Status (Pretrial Scheduling)
26 Conference approximately thirty (30) days in an effort to conserve judicial resources and allow the
27 parties to concentrate efforts on settlement;

28 **WHEREAS**, this is the parties' first request for an extension of Court ordered deadlines;

1 **WHEREAS**, a [Proposed] Order Granting Stipulated Request for Extension of Status
2 Conference and Associated Dates is provided herewith;

3 **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and among the
4 parties, and the Court's approval as to the following is hereby requested that:

5 The Court extend the Status (Pretrial Scheduling) Conference to October 20, 2014, at 9:00 a.m.,
6 or as soon thereafter as the Court's calendar permits.

8 Dated: August 19, 2014                LAWYERS FOR CLEAN WATER, INC.

10                                       By: /s/ Layne Friedrich
11                                            Layne Friedrich
                                              Attorneys for Plaintiff

13 Dated: August 19, 2014                PILLSBURY WINTHROP SHAW PITTMAN

15                                       By:  /s/Margaret Rosegay (as authorized on 8/19/14)
                                              Margaret Rosegay
16                                            Attorneys for Defendants

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF STATUS CONFERENCE AND ASSOCIATED DATES**

Having duly considered the Stipulated Request for Extension of Status Conference and Associated Dates filed by the Parties in this action on August 19, 2014, and good cause showing:

**IT IS HEREBY ORDERED** that for the reasons set forth in the Stipulated Request for Extension of Status Conference and Associated Dates:

1. The Status (Pretrial Scheduling) Conference is extended to October 27, 2014, at 9:00 a.m.
2. The parties' Joint Status Conference Statement shall be filed fourteen days prior to the scheduling conference.

**IT IS SO ORDERED.**

**Dated:  August 20, 2014**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge